UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL HICKS,<br><br>   Plaintiff,<br><br>   v.<br><br>BEHROZ HAMKAR et al.,<br><br>   Defendants. | No.  2:13-cv-1687 DAD P<br><br><br><br>ORDER |

   Plaintiff, a state prisoner proceeding pro se, has requested to dismiss defendant Zamora from this action.  Pursuant to Federal Rule of Civil Procedure 41(a), the court will honor plaintiff's request.

   Accordingly, IT IS HEREBY ORDERED that:

   1.  Plaintiff's motion to dismiss defendant Zamora (Doc. No. 14) is granted; and

   2.  Defendant Zamora is dismissed from this action.

Dated:  September 24, 2014

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:9
hick1687.59

1