IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **MICHAEL HICKS,** | Case No. 2:13-cv-01687-DAD P |
| Plaintiff, | **ORDER** |
| v. | |
| **BEHROZ HAMKAR, et al.,** | |
| Defendants. | |

Defendants B. Hamkar, A. Nangalama, M. Sayre, and S. Yeboah (Johnson) ("Defendants") have filed an *ex parte* Application for an extension of time in which to respond to the First Amended Complaint ("FAC") in this action. Having considered the Application, the Court finds good cause to grant the request.

Accordingly, IT IS HEREBY ORDERED that:

1. Defendants' motion for an extension of time (Doc. No. 21) is granted;

2. Defendants shall file their response to the FAC, through an answer or a motion to dismiss, within forty-five (45) days after the court issues an order determining whether plaintiff's *in forma pauperis* status should be revoked.

Dated:  December 11, 2014

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

1
2  /hick1687.36rp
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28