UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL HICKS, | No. 2:13-cv-1687 KJM CKD P (TEMP) |
| Plaintiff, | |
| v. | ORDER |
| BEHROZ HAMKAR et al., | |
| Defendants. | |

Plaintiff has filed a motion for a ninety-day extension of time to file objections to the court's December 3, 2015, findings and recommendations, and to oppose defendants' motion to dismiss filed on December 10, 2015.  Good cause appearing, the court will grant plaintiff's motion in part and allow him forty-five days to file any objections to the findings and recommendations and to oppose defendants' motion to dismiss.

Accordingly, IT IS HEREBY ORDERED that:

1. Plaintiff's motion for an extension of time (Doc. No. 64) is granted in part; and

2. Plaintiff is granted forty-five days from the date of this order in which to file objections

/////

/////

/////

/////

to the court's December 3, 2015, findings and recommendations, and to oppose defendants' motion to dismiss filed on December 10, 2015.

Dated: January 6, 2016

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

ec/md
hick1687.36obj