UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL HICKS,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>BEHROZ HAMKAR, et al.,<br><br>　　　　Defendants. | No. 2:13-cv-1687 KJM DB P<br><br><br>ORDER |

Defendants seek an extension of time to file an answer to the second amended complaint. Good cause appearing, defendants' motion for an extension of time (ECF No. 106) is granted. By August 25, 2017, defendants shall file their answer.

　　　　IT IS SO ORDERED.

DATED: August 18, 2017

　　　　　　　　　　　　　　　　　　/s/ DEBORAH BARNES
　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

DLB:9
DLB1/prisoner-civil rights/hick1687.answ eot

1