UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL J. HICKS, | No. 2:13-cv-1687 KJM DB P |
| Plaintiff, | |
| v. | ORDER |
| BEHROZ HAMKAR, et al., | |
| Defendants. | |

Plaintiff, a state prisoner proceeding pro se, has filed this civil rights action seeking relief under 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge as provided by 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On July 26, 2017, the magistrate judge filed findings and recommendations, which were served on all parties and which contained notice to all parties that any objections to the findings and recommendations were to be filed within fourteen days. Neither party has filed objections to the findings and recommendations. In fact, in a document filed here on September 1, 2017, plaintiff informed the court that he feels the undersigned should adopt the findings and recommendations in full. (ECF No. 115.)

The court presumes that any findings of fact are correct. *See Orand v. United States*, 602 F.2d 207, 208 (9th Cir. 1979). The magistrate judge's conclusions of law are reviewed de novo. *See Britt v. Simi Valley Unified School Dist.,* 708 F.2d 452, 454 (9th Cir. 1983). Having reviewed

1

the file, the court finds the findings and recommendations to be supported by the record and by the proper analysis.

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations filed July 26, 2017 (ECF No. 104) are adopted in full; and

2. Plaintiff's October 14, 2016 motion for an injunction (ECF No. 93) is denied without prejudice.

DATED: September 27, 2017.

UNITED STATES DISTRICT JUDGE